File Hashes for IP Address 98.214.44.111

**ISP:** Comcast Cable
**Physical Location:** Quincy, IL

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 12/29/2012 13:19:33 | 8987EE538A06DBFF5E27723DB4E8BB4B74997333 | Then They Were Three |
| 12/29/2012 13:18:02 | 213CA1BD2F2659EB73D4D7493066F0AC28618344 | A Love Story |
| 12/29/2012 13:15:14 | 1DD230EBB5E63E108D95F72D0CF004401FDC2680 | Prelude to Passion |
| 12/29/2012 00:48:15 | 58A5DF01BDB2AAE7708BBA3B03DD1852DAD9703A | Her First Threesome |
| 12/28/2012 16:07:46 | B3B011B61E12EF42283C6D1D24300003A7A42758 | Unforgettable View #1 |
| 12/28/2012 14:38:04 | F2A2597816F25F80E9860ED9741D3FB18977AD85 | Sent from Heaven |
| 12/28/2012 10:06:25 | 7543FC0B962821AC118B9A75D0E290558FF884BA | Leila Faye Awesome Threesome |
| 12/28/2012 10:04:56 | 7501CEEBAD3F198EFEB8CFCB0C815508B9DE5DFD | Cum With Me |
| 12/28/2012 09:33:58 | 99475A57CD275D1771BA64EB1F2DE556EC8FA96D | Waterfall Emotions |
| 12/28/2012 04:28:36 | 5FFAB81D1428F1E747AC596DC6749811D50AF9E0 | Starting Over |
| 12/28/2012 03:25:05 | 036BE03A1983921508EC7F1F70C89FBA37E07F32 | Unforgettable View #2 |
| 12/27/2012 20:09:15 | 227835892F01B19339F1599D5EEC92D2CA969779 | A Girls Fantasy |
| 12/27/2012 19:57:59 | 8F2061BEBF834A487931F97D268EB5C5FFD3D0EA | Naughty and Nice |
| 09/01/2012 17:16:45 | 1814B177454C751B49FA72FB1B790D4F638B84D8 | Side by Side |
| 09/01/2012 17:14:38 | C0BAB6F898A8CACBF7E221D1E15076A75869656D | Morning Tryst |
| 07/09/2012 14:53:44 | DAE85514185CAF84A8CA1AA0F19B25176B9174C0 | Strawberry Blonde |
| 07/09/2012 14:53:04 | 63A5AC5A2EFF8B6A64C39E4FC64160E1E7FFC561 | Anneli Leila Menage A Trois |
| 07/09/2012 14:52:04 | 108ECCA01DA992BD49E2A7BF8C44EAAF474C786C | Anneli Dream Girl |
| 07/09/2012 04:04:25 | C1DEA14895AB638016CAE823816B6FFE7E169CF4 | Sunday Afternoon |

**Total Statutory Claims Against Defendant: 19**

EXHIBIT A

CIL21